UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-1047
_____

R&J HOLDING COMPANY;
RJ FLORIG INDUSTRIAL COMPANY, INC.,

Appellants

v.

THE REDEVELOPMENT AUTHORITY OF THE
COUNTY OF MONTGOMERY;
DONALD W. PULVER;
GREATER CONSHOHOCKEN IMPROVEMENT CORP.;
TBFA PARTNERS, L.P.
_____

Before: SLOVITER, SMITH, and NYGAARD, *Circuit Judges*

_____

ORDER AMENDING OPINION
_____

It is hereby ORDERED that the Precedential Majority Opinion filed on December 9, 2011, is hereby AMENDED as follows:  The section designation of "III.D." on page 29 is amended to "III. E".

By the Court,

/s/ D. Brooks Smith
U.S. Circuit Judge

Date:        December 15, 2011

1